# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Docket no. 10-cr-63-P-S |
| MARVIN DAVIS, | ) |
| | ) |
| Defendant. | ) |

## SPEEDY TRIAL ORDER

On May 26, 2010, the Government filed a Superseding Indictment in the matter. The Court arraigned the Defendant on the Superseding Indictment on June 4, 2010 with jury selection previously scheduled for June 7, 2010. At his arraignment, Defendant indicated a desire to file a motion to dismiss one of the new counts contained in the Superseding Indictment and thereafter filed his Motion to Dismiss (Docket # 57). In order to allow adequate time for the Court to have this Motion fully briefed and issue a decision, the Court will continue this matter to its July criminal trial list.

As a result of the above developments and after full consideration of the entire record in this case and all of the relevant factors set forth in 18 U.S.C. § 3161(h)(7)(B), the Court believes that any period of delay caused by the recently filed Motion to Dismiss should be excluded from calculation under the Speedy Trial Act. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court, on its own motion, can and does find that the ends of justice served by continuing the trial outweigh the best interests of the public and Defendant in a speedy trial. Therefore, it is hereby ORDERED that the time period between **June 7, 2010 and July 6, 2010** is excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED.

/s/ George Z. Singal  
United States District Judge

Dated this 4th day of June, 2010.